Case 2:26-po-30010-DRG   ECF No. 1, PageID.1   Filed 06/08/26   Page 1 of 2

## United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MI33 | E2461508 | Brown | 1174 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 03/04/2026 | 18-USC-1701 |

Place of Offense

Newport, MI

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Obstruction of Mail

| DEFENDANT INFORMATION | Phone: (734) 052-7062 |
|---|---|

| Last Name | First Name | M.I. |
|---|---|---|
| Kincaid | Tritny | |

Street Address

5841 Shady Lane

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Newport | MI | 48166 | 07/11/1995 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| C-636802777379 | | MI | |

| ☐ Adult ☐ Juvenile | Sex ☐ Male ☑ Female | Hair | Eyes | Height | Weight |
|---|---|---|---|---|---|

| VEHICLE | VIN: | | | | | CMV ☐ |
|---|---|---|---|---|---|---|
| Tag No. | | State | Year | Make/Model | PASS ☐ | Color |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

| | |
|---|---|
| | $ ___ Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ ___ Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| 231 W. Lafayette Detroit, MI | TBD |
| | Time TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature   Tritny Kincaid

Original - CVB Copy

CVB SCAN 03/17/2026 14:16

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)       Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)       U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 03/17/2026 14:16

Location Code: MI33
Violation Number: E2461508

## PROBABLE CAUSE STATEMENT

I, Mykeita Brown, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Postal Service- Office of Inspector General (USPS-OIG) and have been employed since March 2023. I was previously employed as a United States Postal Inspector with the Detroit Division of the U.S. Postal Inspection Service (USPIS) where I worked a variety of assignments including mail theft and narcotics for over 3 years.

2. As a Special Agent with the USPS-OIG, my responsibilities involve investigating criminal and administrative matters related to the USPS, including USPS employees and U.S. Mail. This includes internal theft and employee misconduct.

3. In February of 2026, the USPS OIG received information from Newport Acting Station Manager Kaliesha Berry (Manager Berry) regarding an influx of mail theft complaints received on rural route 7. Manager Berry advised the complaints coincided with days Rural Carrier Associate Tritny Kincaid (Kincaid) delivered the route.

4. On March 4, 2026, Kincaid was interviewed by Special Agent Mykeita Brown (SA Brown) and Special Agent Patrick Fox (SA Fox). Kincaid was advised that several mail theft complaints had been received for rural route 7. Kincaid initially denied ever opening mail but upon further questioning admitted she had opened mail in search of gift cards. Kincaid stated she only sought out gift cards because she could feel if there was a gift card inside the envelope. Kincaid estimated she began stealing from the mail sometime in October or November 2025. Kincaid stated she also stole from the mail during the time she spent working at the Luna Pier Post Office. Kincaid stated she had financial and mental health issues. Kincaid also stated her husband was unemployed. Kincaid stated she knew what she did was wrong and that she was sorry for her actions.

5. The investigation determined that USPS employee Tritny Kincaid obstructed the United States Mail.

I do solemnly declare and affirm under penalty of perjury that the information which I have set forth above is true and correct to the best of my knowledge.

Mykeita Brown
Special Agent
USPS-OIG

CVB SCAN 03/17/2026 14:16